IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| ART NELSON, | |
|---|---|
| Plaintiff, | CV-19-02-GF-BMM-JTJ |
| vs. | |
| FCA US LLC, | **ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE AT JUNE 19, 2019 PRELIMINARY PRETRIAL CONFERENCE** |
| Defendant. | |

This matter comes before the Court upon Defendant's Unopposed Motion for Telephonic Appearance for the preliminary pretrial conference scheduled for June 19, 2019 at 2:00 p.m. Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant's Motion is granted. **ALL PARTIES** will participate by telephone at the preliminary pretrial conference scheduled for June 19, 2019 at 2:00 p.m. The Court will contact the parties with the call-in number.

DATED this 31st day of May, 2019.

_____
John Johnston
United States Magistrate Judge